IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
2012 AUG 10 PM 2:09
CLERK _____
SO. DIST. OF GA.

KEITH RUSSELL JUDD,

    Plaintiff,

vs.

SECRETARY OF STATE OF GEORGIA
and STATE OF GEORGIA,

    Defendants.

CIVIL ACTION NO.: CV211-089

## ORDER

Plaintiff Keith Russell Judd has filed a "Motion for Relief From Judgment or Order Under Twenty Fourth Amendment; and Motion to Amend for Court Order to Register All Convicted and Incarcerated Felons to Vote in all Federal Elections and Caucuses and Democratic National Convention; and for Order to Remove Barack Obama from State's 2012 Presidential Primary Election Ballot/Caucus and Award All Delegates to Keith Judd, Democratic Presidential Candidate." By Order dated June 1, 2011, this case was transferred to the United States District Court for the Northern District of Georgia. As this case is closed in this Court, Plaintiff's motion(s) are **dismissed**.

**SO ORDERED**, this 10 day of August, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)